| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices of Alan F. Broidy, APC <br> 1925 Century Park East 17th Floor <br> Los Angeles, CA 90067-2718 <br> (310) 286-6601 <br> (310) 286-6610 <br><br> ☐ Debtor(s) appearing without attorney <br> ☒ Attorney for Debtor | |

**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

| In re: <br> NR SOFTWARE SYSTEMS, INC. | CASE NO.: 2:15-bk-21180-ER <br> CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** <br> **[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___4___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: July 15, 2015

_____
Debtor's signature
PRESIDENT - NR SOFTWARE SYSTEMS, INC.

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: July 15, 2015

/s/ Alan F. Broidy
_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                                                 F 1007-1.MAILINGLIST.VERIFICATION

NR SOFTWARE SYSTEMS INC
615 S Grand Avenue
Los Angeles, CA  90017


Law Offices of Alan F Broidy APC
1925 Century Park East 17th Floor
Los Angeles, CA  90067-2718


Office of the United States Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, CA  90017-0000

Bank Of America Leasing
PO Box 100918
Atlanta, GA  30384-0918


City Of Los Angeles
111 N Hope Street
Los Angeles, CA  90012


Creditors Adjustment Bureau Inc
C/O Law Offices Of Kenneth J Freed
14226 Ventura Blvd PO Box 5914
Sherman Oaks, CA  91413


Digital Realty
GIP 7th Street LLC
File No 50328
Los Angeles, CA  90074-0328


Equinix
One Lagoon Drive 4th Floor
Redwood City, CA  94065


IBM Global Financing
6303 Barfield Road
Atlanta, GA  30328


Jeff Goldstein
11731 Porter Valley Drive
Northridge, CA  91326


Michael Simkin Esq
Simkin & Associates
1925 Century Park East Suite 2120
Los Angeles, CA  90067

Myriad Technoligies LLC
C/O Stephen K Lubega
700 Wilshire Blvd Suite 510
Los Angeles, CA   90017


Octalion LLC
615 S Grand Ave
Los Angeles, CA   90017


Telco Connection Inc
C/O Law Offices Of Glenn A Harris
5737 Kanan Road No 101
Agoura Hills, CA   91301


The Hartford
PO Box 660916
Dallas, TX   75266-0916