| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Alan F. Broidy, Esq. (89430)<br>Law Offices of Alan F. Broidy, APC<br>1925 Century Park East 17th Floor<br>Los Angeles, CA 90067-2718<br>(310) 286-6601<br>(310) 286-6610<br>Email: alan@broidylaw.com<br><br>☒ Attorney for Debtor | |

**United States Bankruptcy Court**
**Central District of California**

| In re:<br><br>NR SOFTWARE SYSTEMS, INC.<br><br>Debtor(s). | CASE NO.: 2:15-bk-21180-ER<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

# ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists                           Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists         Date Filed:
☐ Other:                                                                        Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the"/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____                                    Date _____
Signature of Authorized Signatory of Filing Party

**NISHANT RAMACHANDRAN**
Printed Name of Authorized Signatory of Filing Party

**PRESIDENT**
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the"/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by"/s/,"followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by"/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____                                    Date _____
Signature of Attorney for Signing Party

**Alan F. Broidy, Esq.**
Printed Name of Attorney for Signing Party

November 2006        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.